UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number:
07-22988-CIV-MORENO

BUCKLEY TOWERS CONDOMINIUM, INC.,

    Plaintiff,

vs.

QBE INSURANCE CORP.,

    Defendant.
_____/

### ORDER DENYING PLAINTIFF'S MOTION TO COMPEL

THIS CAUSE came before the Court upon Plaintiff's Motion to Compel First Request for Production to Defendant **(D.E. No. 37)**, filed on **March 24, 2008**.

THE COURT has considered the motion and the pertinent portions of the record, and being otherwise fully advised in the premises, it is

**ADJUDGED** that the motion is **DENIED**, as it exceeds the page limit (20) set forth in Rule 7.1.C.2. of the Local Rules for the Southern District of Florida.

DONE AND ORDERED in Chambers at Miami, Florida, this 3 day of April, 2008.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies provided to:

Counsel of Record