UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

**Case Number:
07-22988-CIV-MORENO**

BUCKLEY TOWERS CONDOMINIUM, INC.,

    Plaintiff,

vs.

QBE INSURANCE CORP.,

    Defendant.
_____/

**ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION
AND DISMISSING COUNTS I (IN PART), IV, AND V**

THE MATTER was referred to the Honorable Edwin G. Torres, United States Magistrate Judge for a Report and Recommendation on Defendant's Amended Motion to Dismiss Counts I, III, IV, and V of Plaintiff's Amended Complaint **(D.E. No. 76)**, filed on **April 22, 2008**. The Magistrate Judge filed a Report and Recommendation **(D.E. No. 142)** on **June 18, 2008**. The Court has reviewed the entire file and record. The Court has made a *de novo* review of the issues presented by the Objections the Magistrate Judge's Report and Recommendation, the Response to the Objections, and the Reply to the Response. Being otherwise fully advised in the premises, it is

**ADJUDGED** that United States Magistrate Judge Edwin G. Torres' Report and Recommendation **(D.E. No. 76)** on **April 22, 2008** is **AFFIRMED** and **ADOPTED in full**. Accordingly, it is

**ADJUDGED** that:

(1)    Count I is **DISMISSED** with respect to allegations relating to the enforceability of the

insurance contract or the co-insurance provision.  In all other respects, Count I is **NOT DISMISSED**.

(2) Count III is **NOT DISMISSED**.

(3) Count IV is **DISMISSED** without leave to amend.

(4) Count V is **DISMISSED** without leave to amend.

DONE AND ORDERED in Chambers at Miami, Florida, this 24th day of July, 2008.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies provided to:

United States Magistrate Judge Edwin G. Torres

Counsel of Record